IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JOHN F. LUTSCH, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-139EJM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's unresisted Motion for Attorney Fees pursuant to 42 U.S.C. §406, filed September 15, 2006. Granted.

On March 27, 2006, the court reversed and remanded this social security case for payment of benefits. On July 6, 2006, plaintiff was awarded $4,228.51 pursuant to 28 U.S.C. §2412(d). On July 12, 2006, the Commissioner of Social Security issued plaintiff a notice of award of $80,868.00 in back benefits, of which $20,217.00 (25%) was withheld for attorney fees. Counsel seeks payment of $14,917.00 in fees for work before this court, subject to an offset of the fee already awarded.

While defendant filed a response discussing the issue, defendant does not resist.

Upon review of the record and the applicable law, the motion shall be granted.

It is therefore

ORDERED

Plaintiff is awarded $14,917.00 in attorney fees pursuant to 42 U.S.C. §406. Plaintiff's counsel shall refund to plaintiff the $4,228.52 previously awarded pursuant to 28 U.S.C. §2412.

October 12, 2006.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT